UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FRANK LOPRESTI,

                Plaintiff,

                v.

GENERAL ELECTRIC GLOBAL RESEARCH AND YOH SERVICES, LLC,

                Defendants.

**STIPULATION & ORDER OF DISMISSAL**

Civil Action No. 1:12-CV-1820 (NAM/CFH)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by the attorneys of record for General Electric Company and Yoh Services, LLC, and all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated: September 13, 2013

By: _____
Frank LoPresti
Plaintiff, Pro Se
30 HAMPSHIRE WAY

Niskayuna, NY 12309

Telephone: (518)630-7635

Dated: September 30, 2013

By: _____
Nicholas J. D'Ambrosio, Jr., Esq.
Bar Roll No. 101449
BOND, SCHOENECK & KING, PLLC
Attorneys for Defendant General Electric Company
111 Washington Avenue
Albany, New York 12210
Telephone: (518) 533-3214
Facsimile: (518) 533-3299

Dated: September 30, 2013

By: _____
Jacqueline Phipps Polito
Bar Roll No. 2582690
Attorneys for Defendat Yoh Services, LLC
LITTLER MENDELSON, P.C.
400 Linden Oaks Suite 110
Rochester, NY 14625
(585)203-3400

Dated: _Oct 30,_ , 2013    SO ORDERED

_____
U.S. District Judge